denied, with ten dollars costs. Motion for stay pending the granting or final refusal by the Court of Appeals of leave to appeal to that court granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, Merrell, O'Malley and Proskauer, JJ.

SAMUEL MOGIN v. CELIA MOGIN.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM A. McDOWELL v. LAND VALUE REFUNDING CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HARRY DODDS v. MARY ELIZABETH McCOLGAN, as Executrix, etc., of ELIZABETH McCOLGAN, Deceased.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin and O'Malley, JJ.

ROCKOWITZ CORSET AND BRASSIERE CORPORATION v. MADAME X COMPANY, INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Petition of CARL BYOIR for an Inspection of the Books and Records of the PENN COMMERCIAL CORPORATION OF AMERICA.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of TIMOTHY D. POUCHER, as President, etc., against TEACHERS' RETIREMENT BOARD.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LIZZIE COHEN v. 1165 FULTON AVE. CORPORATION and Others, and CHARLES TISCH, INC.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

381 PARK AVENUE CORPORATION v. HARTFORD ACCIDENT AND INDEMNITY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BILTMORE REALTY CORPORATION v. KANDELL REALTY CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING CAESAR and Another v. FLORENZ ZIEGFELD, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ROCKOWITZ CORSET AND BRASSIERE CORPORATION v. MADAME X COMPANY, INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ROCKOWITZ CORSET AND BRASSIERE CORPORATION v. MADAME X COMPANY, INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of HANS HOHNER, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEOPOLD MARKOWITZ v. FAIRBANKS TAILORING COMPANY, a Foreign Corporation, and BERNARD B. BILLOW.— Motion for leave to appeal denied, with ten dollars costs, and stay vacated. Order of February 10, 1928, resettled. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COMPANIA MEXICANA REFINADORA ISLAND, S. A., v. COMPANIA METROPOLITANA